# Order

**Supreme Court**
**Lansing, Michigan**

September 28, 2005

Clifford W. Taylor,
Chief Justice

128146

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

REBECCA BAHAR, TODD COOK,
DEMITRIOUS ECONOMIDES, SHERRY
KAYE, DOROTHY OWEN, JAMES RAMEY,
RYCUS FLOOR COVERING, INC., STEVE
SPIEGEL, and SUMMIT HOSPITALITY, INC.,
        Plaintiffs-Appellants,

v

SC: 128146
COA: 260127
Ingham CC: 03-000122-CB

AMERITECH MICHIGAN,
        Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the January 21, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, CORBIN R. DAVIS, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2005

Clerk

d0919